


Case 3:21-cv-07231-JSC   Document 11   Filed 10/15/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| HOWARD LEE,                          | Case No. 21-cv-07231-JSC |
|---|---|
| Plaintiff,                           |                          |
| v.                                   | **ORDER TO SHOW CAUSE TO PLAINTIFF** |
| BANK OF AMERICA, N.A., et al.,       | Re: Dkt. No. 7           |
| Defendants.                          |                          |

Defendants removed this civil action from the Superior Court for the County of San Francisco based on diversity jurisdiction under 28 U.S.C. § 1332. (Dkt. No. 1.) Defendants thereafter moved to dismiss the complaint for failure to state a claim. (Dkt. No. 7.) Plaintiff Howard Lee, who is proceeding without counsel, failed to timely file his opposition to the motion to dismiss. *See* Civ. L.R. 7-3(a). Accordingly, Mr. Lee is Ordered to Show Cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). **Mr. Lee shall file a written response to this Order to Show Cause along with his opposition or statement of non-opposition to the motion to dismiss by November 1, 2021.** If Mr. Lee fails to file a response to this Order, this action may be dismissed for failure to prosecute.

As Mr. Lee is proceeding without counsel, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Mr. Lee may also contact the Legal Help Center at (415)-782-8982, for free assistance regarding his claims.

In light of this Order, the November 4, 2021 hearing date on the motion to dismiss is VACACTED. The Court will reset the hearing if necessary following Mr. Lee's response to this Order.

The Clerk shall serve this Order on Mr. Lee by mail and email at howardlee19@gmail.com.  Mr. Lee can sign up to be an e-filer by following the instructions on the Court's website: https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: October 15, 2021

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge